# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALAN WAYNE DAVIS,**

        **Plaintiff,**

**-vs-**                            **Case No. 6:07-cv-566-Orl-31KRS**

**DWAYNE KVALHEIM, et al.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ASSIGNMENT OF A SPECIAL JUDGE (Doc. No. 2)** |
| **FILED:** | **April 2, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as frivolous.

| | |
|---|---|
| **MOTION:** | **EMERGENCY MOTION FOR INJUNCTIVE RELIEF (Doc. No. 3)** |
| **FILED:** | **April 2, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** for failure to comply with Local Rules 4.05 and 4.06.

| | |
|---|---|
| **MOTION:** | **EMERGENCY MOTION FOR INJUNCTIVE RELIEF** (Doc. No. 4) |
| **FILED:** | April 2, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED** for failure to comply with Local Rules 4.05 and 4.06.

In addition, all future filings must comply with Local Rule 1.05(a).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 5, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party